

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00498-CR

| | | |
|---|---|---|
| Luis Miguel Hernandez | § | From the 213th District Court |
| | § | of Tarrant County (1331780D) |
| | § | November 3, 2016 |
| v. | § | Opinion by Justice Dauphinot |
| | § | Concurrence by Justice Walker |
| | § | Dissent by Justice Sudderth |
| The State of Texas | § | (p) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed and this case is remanded to the trial court for further proceedings consistent with this opinion.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Lee Ann Dauphinot_____
Justice Lee Ann Dauphinot